Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08 CR 10224-DPW |
| ) | |
| CHRISTOPHER SCOTT ) | |

### WAIVER OF INDICTMENT

I, **CHRISTOPHER SCOTT**, the above-named defendant, who is accused of unauthorized access to computers, in violation of 18 U.S.C. §1030(a)(2)(C), access device fraud, in violation of 18 U.S.C. §1029(a)(3), aggravated identity theft, in violation of 18 U.S.C. §1028A, and conspiracy, in violation of 18 U.S.C. §371, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on September 22, 2008 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_Christopher Scott_
Defendant

_[signature]_
Counsel for the Defendant

Before: _Douglas P. Woodlock_
Judicial Officer



**FILED**
In Open Court
USDC, Mass.
Date 9/22/08
By JARRETT LOVETT
Deputy Clerk